IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANCIS VISCOMI | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CORIZON CORRECTIONAL HEALTHCARE | : | NO. 14-5759 |

ORDER

AND NOW, this 13th day of July, 2015, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendant Corizon Correctional Healthcare for summary judgment (Doc. # 11) is GRANTED in favor of the defendant and against plaintiff Francis Viscomi.

BY THE COURT:


/s/ Harvey Bartle III
                                                     J.